# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   09–20329 WIL     Chapter:   13

Melanie J. Branch
Debtor(s)

## NOTICE TO DEBTOR(S) WHOSE ATTORNEY IS NO LONGER PERMITTED TO PRACTICE LAW IN THIS COURT

**PLEASE TAKE NOTICE:**

Counsel to the Debtor(s), William H. Jackson, in the above–captioned case is no longer permitted to practice law in this Court. You are hereby notified that unless new counsel enters an appearance on your behalf within fourteen (14) days from the date of this Notice, all proceedings before this Court in which you are a party shall be treated as being conducted by you on your own behalf, without counsel, until and unless the appearance of new counsel is entered.

If you are an individual and choose to represent yourself, please consult relevant provisions of the Bankruptcy Code, Title 11, United States Code, the Federal Bankruptcy Rules, and the Local Bankruptcy Rules for this District. The Code and Rules should be available at public libraries; the Clerk may advise you where to obtain a copy of the Local Bankruptcy Rules.

**If you are not an individual you must retain new counsel.** If you are an entity other than an individual, such as a corporation, partnership, or association, and if you do not have new counsel enter an appearance within twenty–one (21) days after the date of this notice, this case may be dismissed.

Dated: 4/20/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, S McKenna  301–344–3390

cc:   Debtor(s)
      Attorney for Debtor(s) – William H. Jackson

**1.5 –** *smckenna*